UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | CV-09-322-EFS |
| vs. | ) | |
| 4824 EAST GLORIA LANE, SPOKANE VALLEY, WASHINGTON, TOGETHER WITH ALL APPURTENANCES, FIXTURES, ATTACHMENTS, AND IMPROVEMENTS THERETO AND THEREUPON, | ) | Final Order of Forfeiture |
| Defendant. | ) | |

Plaintiff, United States of America, alleged in a Verified Complaint for Forfeiture In Rem that the Defendant property is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881.

The Court has jurisdiction over this matter by virtue of 28 U.S.C. §§ 1345 and 1355.  Venue is proper pursuant to 28 U.S.C. § 1395.

The defendant property consists of real property located at 4824 East Gloria Lane, Spokane Valley, Washington, legally described as follows:

> The East half of Lot 9 and all of Lot 10 in Block 26 of WOODLAND TERRACE ADDITION as per plat thereof recorded in Volume "I" of Plats, Page 16.
>
> Situate in the County of Spokane, State of Washington.
>
> Assessor's Property Tax Parcel Account Number(s):  35233.2615
>
> SUBJECT TO easements, restrictions, reservations and covenants of record.

Spokane County real property records and a lien search report reflect that Klailynn L. Dement, an unmarried woman, is the titled owner of the Defendant real property.  A claim filed by BAC Home Loans Servicing, LP, ("BAC"),

reflects that Ms. Dement's interest is subject to a note and deed of trust held by mortgage lienholder, BAC.

On October 22, 2009, Klailynn Dement and Attorney Bevan Maxey were served via certified mail, return receipt requested, with copies of the Verified Complaint for Forfeiture In Rem, Notice of Complaint for Forfeiture, and the Lis Pendens in the above-entitled matter as evidenced by the Certificate of Service of Notice by mail filed with the Court on October 27, 2009.  (CR 4).  On November 6, 2009, Klailynn Dement filed a verified claim to the Defendant real property.  (CR 6).  On November 19, 2009, Klailynn Dement filed an answer to the complaint. (CR 10).

On October 22, 2009, Gregory Lumley and Attorney Amy Rubin were served via certified mail, return receipt requested, with copies of the Verified Complaint for Forfeiture In Rem, Notice of Complaint for Forfeiture, and the Lis Pendens in the above-entitled matter as evidenced by the Certificate of Service of Notice by mail filed with the Court on October 27, 2009.  (CR 5).  To date, Gregory Lumley has not filed a claim or an answer to the complaint.

On October 22, 2009, Bank of America/Countrywide Home Loans was served via certified mail, return receipt requested, with copies of the Verified Complaint for Forfeiture In Rem, Notice of Complaint for Forfeiture, and the Lis Pendens in the above-entitled matter as evidenced by the Certificate of Service of Notice by mail filed with the Court on October 27, 2009.  (CR 3).  On November 19, 2009, BAC Home Loans Servicing, LP filed a claim to the Defendant real property and an answer to the complaint.  (CR 7 and 10).

On November 2, 2009, the United States Marshals Service posted copies of the Verified Complaint for Forfeiture In Rem, Notice of Complaint for Forfeiture, and Lis Pendens in the above-entitled matter upon the Defendant real property as evidenced by the form USM-285 filed with the Court on January 5, 2010. (CR 12)

The Notice of Complaint was posted on the official government website www.forfeiture.gov beginning October 21, 2009, through November 19, 2009, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, as evidenced by the Notice of Publication filed with the Court on January 3, 2011. Rule G of the Supplemental Rules for Certain Admiralty and Maritime Claims, Fed. R. Civ. P., and 18 U.S.C. § 983(a)(4)(A), require that claimants file a claim within sixty (60) days after first date of publication, or within thirty (35) days after service of the complaint, whichever occurs first. At the latest this 60-day period expired on December 21, 2009.

On October 27, 2010, the United States and Claimant, Klailynn Dement, entered into a settlement agreement and stipulation for order of forfeiture, filed herein on October 27, 2010, wherein Claimant, Klailynn Dement, agreed to the forfeiture of the Defendant real property to the United States; and, the United States agreed to pay Claimant, Klailynn Dement, $25,000.00, from the net proceeds from the sale of the Defendant real property, in settlement of her interest in the Defendant real property, however, if the remaining sale proceeds are less than $25,000.00, the United States will pay Claimant, Klailynn Dement, the lesser amount of the remaining sale proceeds. Further, if no sale proceeds remain after payment of the agreed upon expenses and obligations, no payment shall be made by the United States to Claimant, Klailynn Dement, and all other terms of the settlement agreement and stipulation shall remain in effect. CR 35.

On December 28, 2010, the United States and Claimant, BAC Home Loans Servicing, LP, (hereafter "BAC"), entered into a settlement agreement, filed herein on December 28, 2010 (CR 39), wherein Claimant, BAC, agreed to the forfeiture of the Defendant real property to the United States; and, the United States agreed to pay Claimant, BAC, after payment of outstanding taxes and expenses of custody and sale incurred by the United States Marshals Service, the following:

Final Order of Forfeiture -3-

1    a.    All unpaid principal due to Claimant, BAC, in the amount

2    of $79,419.32, as of October 1, 2009, pursuant to a Promissory Note, which was

3    secured by a Deed of Trust recorded on August 14, 2003, in the official records of

4    Spokane County, Washington, under Recording No.  4945786; and,

5    b.    all unpaid interest, which totaled $1,044.65 through December 10,

6    2009, and additional interest calculated at the base contractual rate (not the default

7    rate) under the above Note assessed at $14.96 per diem from December 11, 2009,

8    until the date of payment.

9    c.    casualty insurance premiums, if any, advanced by Claimant, BAC.

10    d.    real property taxes, if any, advanced by Claimant, BAC.

11    e.    Attorney's fees in the amount of $1,124.50.

12    It appearing to the Court that Claimant Klailynn Dement's interest in the

13    Defendant real property has been resolved through the entry of the settlement

14    agreement and stipulation for order of forfeiture filed herein;

15    It also appearing to the Court that Claimant BAC's interest in the Defendant

16    real property has been resolved through the entry of the expedited settlement

17    agreement filed herein;

18    It further appearing to the Court that no other timely claims have been made

19    to the Defendant real property

20    IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the:

21    Real property located at 4824 East Gloria Lane, Spokane Valley,
      Washington, legally described as follows:

22

23    The East half of Lot 9 and all of Lot 10 in Block 26 of WOODLAND
      TERRACE ADDITION as per plat thereof recorded in Volume "I" of
      Plats, Page 16.

24

25    Situate in the County of Spokane, State of Washington.

26    Assessor's Property Tax Parcel Account Number(s):  35233.2615

27    SUBJECT TO easements, restrictions, reservations and covenants of
      record.

28

Final Order of Forfeiture -4-

Final Order of Forfeiture.wpd

1  Is hereby forfeited to the United States of America, and no right, title, or interest

2  shall exist in any other person.

3       IT IS FURTHER ORDERED that the United States Marshals Service shall,

4  upon sale of the Defendant real property and after payment of outstanding taxes

5  and U.S. Marshal's expenses of custody and sale, pursuant to the Expedited

6  Settlement Agreement filed herein, pay the following to Claimant BAC:

7       a.    All unpaid principal due to Claimant, BAC, in the amount

8  of $79,419.32, as of October 1, 2009, pursuant to a Promissory Note, which was

9  secured by a Deed of Trust recorded on August 14, 2003, in the official records of

10  Spokane County, Washington, under Recording No.  4945786; and,

11       b.    all unpaid interest, which totaled $1,044.65 through December 10,

12  2009, and additional interest calculated at the base contractual rate (not the default

13  rate) under the above Note assessed at $14.96 per diem from December 11, 2009,

14  until the date of payment.

15       c.    casualty insurance premiums, if any, advanced by Claimant, BAC.

16       d.    real property taxes, if any, advanced by Claimant, BAC.

17       e.    Attorney's fees in the amount of $1,124.50.

18       IT IS FURTHER ORDERED that the United States Marshals Service shall,

19  upon sale of the Defendant real property and after payment of outstanding taxes

20  and U.S. Marshal's expenses of custody and sale, and payment of amounts due and

21  owing to BAC, pursuant to the Settlement Agreement and Stipulation for Order of

22  Forfeiture, filed herein, pay Claimant Klailynn Dement, as follows:

23       $25,000.00 from the remaining sale proceeds in settlement of her interest in

24  the Defendant real property.  If the remaining sales proceeds are less than $25,000

25  after payment of the aforementioned expenses and obligations, the United States

26  will pay Claimant, Klailynn Dement, the lesser amount of the remaining sales

27  proceeds.  If no sales proceeds remain after payment of the aforementioned

28  expenses and obligations, no payment shall be made by the United States to

Final Order of Forfeiture -5-

1   Claimant, Klailynn Dement and all other terms of the Settlement Agreement and

2   Stipulation for Order of Forfeiture shall remain in effect.

3          IT IS FURTHER ORDERED that the United States shall dispose of the

4   forfeited Defendant property described herein in accordance with law.

5          DATED this __4th__ day of January, 2011.

6

7                                        s/ Edward F. Shea

8                                   Edward F. Shea
                                    United States District Judge

9

10  Presented by:

11  Michael C. Ormsby
    United States Attorney

12  s/James A. Goeke

13

14  James A. Goeke
    Assistant United States Attorney

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Final Order of Forfeiture -6-
Final Order of Forfeiture.wpd